**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6821**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ERNEST RAYMOND ROBERTS, a/k/a Balla Walla, a/k/a Balowala,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Aiken. Mary G. Lewis, District Judge.  (1:17-cr-00178-MGL-1)

Submitted:  December 18, 2023           Decided:  January 4, 2024

Before HARRIS and QUATTLEBAUM, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ernest Raymond Roberts, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ernest Raymond Roberts appeals the district court's order denying his motion for compassionate release. Upon review of the record, we discern no abuse of discretion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (stating standard of review). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*